IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATHY TONG<br><br>    v.<br><br>MANGAR INDUSTRIES, INC.,<br>DUC VAN NGUYEN. | CIVIL ACTION<br><br>NO.  15-1620 |
|---|---|

# ORDER

**AND NOW** this 31st day of March, 2016, for the reasons stated in the foregoing Memorandum, Defendants' Motion For Protective Order and To Quash Plaintiff's Subpoena (ECF 22) is **GRANTED**.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 15\15-1620 tong v. mangar\15cv1620 Order on Memo Op 03312106.doc